IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIRAN M. DEWAN, CPA, P.A., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-11-02195 |
| ARUN WALIA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 3rd day of August, 2012, ORDERED that:

1. Plaintiffs' Motion for Leave to File Amended Complaint (ECF No. 17) is GRANTED;

2. Defendant's Motion to Dismiss the Amended Complaint (ECF No. 16) is GRANTED;

3. Plaintiffs' Petition to Vacate the Award is DENIED and as a Result the Amended Complaint is DISMISSED WITH PREJUDICE;

4. Plaintiffs' Motion for Partial Summary Judgment on Count I of the Complaint (ECF No. 6) is DENIED;

5. Defendant's Motion to Dismiss the original Complaint (ECF No. 8) is MOOT;

6. With respect to the issue of costs, expenses and attorney's fees relating to these proceedings, prior to the closing of this case, Defendant is permitted to submit a

supplemental briefing of no more than five (5) pages within ten (10) days of the filing of this Order indicating the grounds under which he is entitled to these costs. In the event of such filing, Plaintiffs will be permitted to file a Response within seven (7) days in opposition to the award of claimed costs;

7. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/_____
Richard D. Bennett
United States District Judge