**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KIRAN M. DEWAN, CPA, P.A., et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Case No. 1:11-cv-02195-RDB |
| | : | |
| ARUN WALIA | : | |
| | : | |
| Defendant | : | |

## JUDGMENT CREDITOR'S MOTION FOR EXAMINATION OF JUDGMENT DEBTOR KIRAN M. DEWAN IN AID OF ENFORCEMENT

Judgment Creditor Arun Walia, by and through his undersigned counsel, respectfully moves for examination of Judgment Debtor Kiran M. Dewan ("Dewan") in aid of enforcement before a judge or examiner pursuant to Maryland Rule 2-633 as follows:

On September 21, 2012, the Court entered judgment in the amount of $457,108.20 in favor of Judgment Creditor Arun Walia and against Judgment Debtors Dewan and Kiran M. Dewan, CPA, P.A.("KMDCPA") (DE #45).  On October 16, 2012, the Court entered judgment for attorneys' fees in the amount of $14,423.75 in favor of Judgment Creditor Arun Walia and against Judgment Debtors Dewan and KMDCPA (DE #49).  Neither Dewan nor KMDCPA have made any payments on the judgments and no previous examination has been held.

Walia believes and therefore alleges that Dewan and KMDCPA have money, property and credits, and that Dewan and/or KMDCPA are concealing or have concealed or disposed of these assets in order to avoid enforcement of the judgments. This allegation is based upon records maintained by the State of Maryland which appear to

show either direct or indirect ownership of real property and business entities by the Judgment Debtors.

Walia further requests that Dewan bring with him to his examination: 1) the last four years federal income tax returns of KMDCPA (including all schedules and attachments); 2) his personal tax returns for the last four years (including all schedules and attachments); 3) all bank account statements for the last six months (July to December 2012) for his personal accounts and joint accounts with any person, or in any capacity, in the United States or anywhere in the world; 4) all bank account statements for the last six months (July to December 2012) for all bank accounts held by KMDCPA either solely or jointly, or in any capacity, in the United States or anywhere in the world; 5) copies of all reports filed by Dewan personally under the Foreign Bank and Financial Regulations (FBARS) to the United States Treasury Department for the years 2008 to 2011; 6) titles to all motor vehicles registered to the Judgment Debtors; 7) copies of deeds to all real estate owned by the Judgment Debtors in the United States and anywhere in the world;  8) pay stubs and/or 1099s from July to December 2012 of the Judgment Debtors; 9) copies of all guaranty agreements signed by Dewan; 10) copies of any documents or transfer of titles of real estate prepared or executed by Dewan; 11) documents showing any transfer of money by the Judgment Debtors to Sita & Kala, LLC, on its formation on or about December 4, 2008; 12) proof of loan consideration having been made by Sita & Kala, LLC; and 13) the settlement statement of the transfer of real property conducted on or about December 15, 2008 through Alliance Title Management, LLC.

At least 30 days have passed since entry of the money judgments in the instant case. Therefore, Walia requests an examination of Dewan in aid of enforcement pursuant to Maryland Rule 2-633(b) concerning the alleged fraudulent conveyance and concealment of other assets. Dewan's business address is 7100 Security Boulevard, Baltimore, MD 21244. Undersigned counsel have had a conference with and twice emailed counsel for the Judgment Debtors since December 14, 2012 concerning the Judgment Debtors' position as to this motion, and the Judgment Debtors have still not articulated a position as to this motion.

WHEREFORE, Walia requests that his Motion for Examination in Aid of Judgment be GRANTED, and the Court order Dewan to appear for examination pursuant to Maryland Rule 2-633(b).

Respectfully submitted,

_____/s/ Mark G. Chalpin_____
Mark G. Chalpin (Bar No. 14552)
200 Skidmore Boulevard
Gaithersburg, MD 20877
Tel: (240) 423-7227
Fax: (832) 201-7392
Email: mark.chalpin@gmail.com


_____/s/ Ramesh Khurana_____
Ramesh Khurana (Bar No. 17797)
15883 Crabbs Branch Way
Rockville, MD 20855
Tel: (301) 548-9595
Fax: (301) 548-9574
Email: rk@skulaw.com

Counsel for Judgment Creditor

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Examination in Aid of Enforcement was sent electronically this 20th day of December, 2012, to:

Paul S. Schliemann, Esq.
Schliemann & Kumis, PLLC
1600 Wilson Boulevard, Suite 905
Arlington, VA 22209

                /s/ Mark G. Chalpin
              Mark G. Chalpin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIRAN M. DEWAN, CPA, P.A., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| vs. : | Case No. 1:11-cv-02195-RDB |
| : | |
| ARUN WALIA : | |
| : | |
| Defendant : | |

### **ORDER**

Upon consideration of Judgment Creditor Arun Walia's Motion for Examination of Judgment Debtor Kiran M. Dewan in Aid of Enforcement, and the entire record herein, it is this _____ day of _____, 2013

ORDERED that the Motion for Examination of Judgment Debtor Kiran M. Dewan in Aid of Enforcement is GRANTED; and it is further

ORDERED that Judgment Debtor Kiran M. Dewan shall appear before _____ at _____ on the _____ day of _____, 2013 at _____ AM/PM for an examination under oath concerning any income, assets and property which Judgment Debtors Kiran M. Dewan and Kiran M. Dewan, CPA, P.A., might have.  Kiran M. Dewan shall bring with him to his examination the following documents in his possession, custody or control: 1) the last four years federal income tax returns of Kiran M. Dewan, CPA, P.A. (including all schedules and attachments); 2) his personal tax returns for the last four years (including all schedules and attachments); 3) all bank account statements for the last six months (July to December 2012) for his personal

5

accounts and joint accounts with any person, or in any capacity, in the United States or anywhere in the world; 4) all bank account statements for the last six months (July to December 2012) for all bank accounts held by Kiran M. Dewan, CPA, P.A., either solely or jointly, or in any capacity, in the United States or anywhere in the world; 5) copies of all reports filed by Kiran M. Dewan personally under the Foreign Bank and Financial Regulations (FBARS) to the United States Treasury Department for the years 2008 to 2011; 6) titles to all motor vehicles registered to him and/or Kiran M. Dewan, CPA, P.A.; 7) copies of deeds to all real estate owned by him and/or Kiran M. Dewan, CPA, P.A., in the United States and anywhere in the world;  8) pay stubs and/or 1099s from July to December 2012 of him and/or Kiran M. Dewan, CPA, P.A.; 9) copies of all guaranty agreements signed by him; 10) copies of any documents or transfer of titles of real estate prepared or executed by him; 11) documents showing any transfer of money by the him and/or Kiran M. Dewan, CPA, P.A. to Sita & Kala, LLC, on its formation on or about December 4, 2008; 12) proof of loan consideration having been made by Sita & Kala, LLC; and 13) the settlement statement of the transfer of real property conducted on or about December 15, 2008 through Alliance Title Management, LLC.  Failure by Kiran M. Dewan to appear at his examination may result in a bench warrant being issued for his arrest and his being held in contempt of court.

    _____
    Richard D. Bennett
    United States District Judge